DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHER KEIDAN** and **IRIT KEIDAN,**
Appellants,

v.

**WILMINGTON TRUST NATIONAL ASSOCIATION AS SUCCESSOR INDENTURE TRUSTEE FOR CITIBANK, N.A., AS INDENTURE TRUSTEE OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STERNS ARM TRUST 2007-2, MORTGAGE-BACKED NOTES, SERIES 2007-2, HAWKS LANDING PROPERTY OWNERS' ASSOCIATION, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., WILLIAMS BULLDOZING, INC., SARIT AIDAN, EVANS FINANCIAL SERVICES, LTD., WELLS FARGO BANK, N.A., HORIZON RIDGE MEDICAL PLAZA, LLC,** and **LEO GERMIN,**
Appellees.

No. 4D19-2424

[June 18, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 17-011055.

Kendrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellants.

Richard S. McIver and H. Michael Muñiz of Kass Shuler, P.A., Tampa, for Appellee-Wilmington Trust N.A.

PER CURIAM.

*Affirmed.*[1]

---

[1] We are mindful of the issuance of Administrative Order SC20-23, Amendment 3 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended through June 30, 2020) and Executive Order 20-137 (extending, until 12:01 a.m. on July 1, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage

GROSS and KUNTZ, JJ., and CURLEY, G. JOSEPH, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***

---

foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.